**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GEORGE M. KING,** *Petitioner,* | : | |
| v. | : | **CIVIL ACTION No. 26-2335** |
| **SUPERINTENDENT JOSEPH TERRA,** ***et al.,*** *Respondents.* | : | |

**ORDER**

**AND NOW**, this 22nd day of September, **2026,** upon consideration of Petitioner George M. King's *pro se* Petition under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* (ECF 1), Respondents' Answer (ECF 13), and the underlying state court record (ECF 10), and after review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of *Habeas Corpus* is **DENIED WITH PREJUDICE**;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case **CLOSED**.

**BY THE COURT:**

**HON. MIA ROBERTS PEREZ**
*United States District Judge*
*Eastern District of Pennsylvania*